To the members of the Court

MY Name is Randell Horton, Age 73

I Have wrote You Several Times

Regarding my Ex. wife Frances Keller

And Have Not Had A Responce from the

Court. Frances And Her Ex Husband Dan

were Released from prison in Nov. of 2013

I was married to Her from 2006 to 3-27-14

At That Time She Divorced me. went back

to Her Ex. Dan. I Heard Nothing from

Her time of Release until the Divorce.

I Had Spent thousands of Dollars

Supporting Her over the Years And I

Lost Everything I Had doing So.

I Know from Past Court Rulings that

I Am Entitled to Compensation from

Her. I Dont Have the money of Credit

to Persue Legal Action Aginst Her.

I Also Know from Conversations over

the Years that She is Guilty of Some

but Not All Charges Aginst Her.

I Am A Poor man Looking for Help.

Even to file A Civil Law Suite.

Please Do Not Exonrate the Kellers.

They Are Evil people.

I Would Like to Hear Back from You

telling me How I Can Receive Legal

Help. And the outcome of the Keller

Case.

With much Respect.

Randell Horton

P.O. Box 293 Gatesville, Tx. 76528